**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

URBAN OUTFITTERS, INC., et al.        :        CIVIL ACTION

           v.        :

BCBG MAX AZRIA GROUP, INC., et al.   :        NO. 06-4003

## <u>ORDER</u>

AND NOW, this     2nd     day of March, 2010, based on the foregoing Memorandum

Re: Remand from the Third Circuit, it is hereby ORDERED as follows:

1.        Within fourteen (14) days, Plaintiffs shall submit to defense counsel a copy of all

bills and invoices submitted to their clients in connection with this case, together with attorney

time records and expenses, including any discounts or special terms of payment applicable to this

case.

2.        Within fourteen (14) days, Defendants shall communicate to Plaintiffs any

questions, objections, or requests for further information concerning the award of fees in this

case.

3.        Within fourteen (14) days thereafter, the parties shall file, if they can agree, a

stipulation of the amount of fees and expenses to be paid pursuant to the Memorandum and

Order, or if there is disagreement, each side shall file a brief as to their contentions, not more than

ten (10) pages in length, double-spaced, and may attach a summary of the relevant billing and

time and expense records.

        BY THE COURT:

        s/Michael M. Baylson

        _____
        Michael M. Baylson, U.S.D.J.

O:\CIVIL\06-4003 Urban Outfitters v. BCBG Max\Urban Outfitters - Order Remand from Third Circuit.wpd