# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

URBAN OUTFITTERS, INC., et al. : CIVIL ACTION

    v. :

BCBG MAX AZRIA GROUP, INC., et al. : NO. 06-4003

## ORDER RE: AWARD OF ATTORNEYS FEES TO PLAINTIFFS

AND NOW, this 11th day of June, 2010, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that Plaintiffs are awarded fees and expenses in the amount of $1,336, 815.24, plus sanctions in the amount of $5,000.00, for a total of $1,341,815.24. Within fourteen (14) days, Defendants shall deliver a check, money order, or wire transfer in this amount to Plaintiffs' counsel.

BY THE COURT:

s/Michael M. Baylson

Michael M. Baylson, U.S.D.J.

O:\CIVIL\06-4003 Urban Outfitters v. BCBG Max\Urban Outfitters - Order Award Atty Fees.wpd